IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE; | § | CASE NO. 17-31956-H4-13 |
| | § | |
| Howard Glen Hunt | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### AFFIDAVIT OF NO PAYMENT ADVICES

1. My name is Howard Glen Hunt. My Social Security Number is XXX-XX-3365. I am over the age of eighteen years and competent to execute this Affidavit. I have personal knowledge of all the facts stated herein. I testify under penalty of perjury as to the facts stated herein.

2. I am the Debtor in the above case.

3. Since I have been self-employed in the past six months, I have no payment advices. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.

_____
Howard Glen Hunt
Affiant

STATE OF TEXAS

COUNTY OF HARRIS

On this day, March 30, 2017, Howard Glen Hunt, personally appeared before me, and being by me duly sworn, stated and affirmed under penalty of perjury that all the facts alleged in the Affidavit are within affiant's personal knowledge and are true and correct, to certify which witness my hand and seal of office.

_____
Notary Public in and for the State of Texas



MAYRA GAONA
My Notary ID # 128028203
Expires August 3, 2017